UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON AKRAWI,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, *et al.*,<br><br>Defendants. | Case No. 25-cv-13229<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS TO SUBMIT EXHIBITS ELECTRONICALLY AND UNDER SEAL AND FOR EXPEDITED CONSIDERATION OF HIS MOTION FOR TEMPORARY RESTRAINING ORDER
(ECF NOS. 5, 15)**

Plaintiff Brandon Akrawi moves for leave to submit exhibits electronically and under seal. ECF No. 5. He also moves for expedited consideration of his motion for temporary restraining order (TRO). ECF No. 15. The Court has entered a recommendation to deny the motion for TRO, explaining that the submission of more exhibits would not change the outcome of the motion. Thus, the Court **DENIES** Akrawi's motions as moot.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: December 10, 2025

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 10, 2025.

             s/Davon Allen
             DAVON ALLEN
             Case Manager