UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON AKRAWI,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, *et al.*,<br><br>Defendants. | Case No. 25-cv-13229<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER GRANTING UNION DEFENDANTS' MOTION TO QUASH (ECF NO. 67)

Plaintiff Brandon Akrawi brings this employment action against Defendants FCA US LLC (doing business as Stellantis US LLC); International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW); and UAW Local 140. ECF No. 1; ECF No. 31. The Honorable F. Kay Behm referred the case to the undersigned for all pretrial proceedings under 28 U.S.C. § 636(b)(1). ECF No. 12.

UAW and UAW Local 140 (the "Union defendants") move to quash Akrawi's discovery requests. ECF No. 67. The Court agrees that Akrawi's discovery requests are premature. Federal Rule of Civil Procedure

26(d)(1) precludes parties from "seek[ing] discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order."  None of the exceptions to this rule apply.  The Union defendants' motion to quash is thus **GRANTED**.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: December 15, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 15, 2025.

                                      s/Davon Allen
                                      DAVON ALLEN
                                      Case Manager