UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON AKRAWI, | Case No. 25-13229 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| FCA US LLC D/B/A STELLANTIS US LLC, *et al.*, | Elizabeth A. Stafford |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S DECEMBER 10, 2025
REPORT AND RECOMMENDATION (ECF No. 63)**

Currently before the court is Magistrate Judge Elizabeth A. Stafford's December 10, 2025 Report and Recommendation. (ECF No. 63). Magistrate Judge Stafford recommends denying Plaintiff's motions for injunctive relief. (ECF Nos. 6, 20, 38). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition.

2

Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

Recommendation (ECF No. 63) and **DENIES** Plaintiff's Motions for Temporary

Restraining Order and Preliminary Injunction (ECF Nos. 6, 20, 38).

    **SO ORDERED**.

Date: January 13, 2026                                      <u>s/F. Kay Behm</u>
                                                                             F. Kay Behm
                                                                             United States District Judge