UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON AKRAWI,

Plaintiff,

v.

FCA US LLC, *et al.*,

Defendants.

Case No. 25-cv-13229
Honorable F. Kay Behm
Magistrate Judge Elizabeth A. Stafford

**ORDER STRIKING PLAINTIFF'S REPLY
(ECF NO. 87)**

Without leave of court, Akrawi filed a 16-page reply brief, well in excess of the seven-page limit for reply briefs under E.D. Mich. LR 7.1(d)(3)(B).  ECF No. 87.  The reply is stricken because it is overlength.

The Court thus **STRIKES** the reply.  Akrawi may file an amended reply that complies with all requirements on or before February 20, 2026.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: February 9, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 9, 2026.

s/Davon Allen
DAVON ALLEN
Case Manager

2