UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON AKRAWI,

                Plaintiff,

v.

FCA US LLC, *et al.*,

                Defendants.

Case No. 25-cv-13229
Honorable F. Kay Behm
Magistrate Judge Elizabeth A. Stafford

## ORDER WITHDRAWING IN PART THE
## JANUARY 2026 REPORT AND RECOMMENDATION
## (ECF NO. 82)

Plaintiff Brandon Akrawi brings this employment action against Defendants FCA US LLC (doing business as Stellantis US LLC) and two labor unions.  ECF No. 1; ECF No. 31.  The Honorable F. Kay Behm referred the case to the undersigned for all pretrial proceedings under 28 U.S.C. § 636(b)(1).  ECF No. 12.

In January 2026, the Court issued a report and recommendation (R&R) to deny Akrawi's motion for leave to amend and dismiss the action. ECF No. 82.  Akrawi moved a second time to amend his complaint.  ECF No. 85.  In a separate order, the Court granted in part and denied in part Akrawi's new motion to amend, finding that he stated plausible claims

against FCA but that his claims against the unions were still futile.  The

Court thus **WITHDRAWS** as moot its recommendation to dismiss the

claims against FCA.  But its recommendation to dismiss the claims against

the unions remains in effect.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: March 6, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file

objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The

district judge may sustain an objection only if the order is clearly erroneous

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a**

**magistrate judge's ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the**

**magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

2

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was served on counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 6, 2026.

S/Caitlin Shrum
CAITLIN SHRUM
Case Manager
