UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON AKRAWI,

Plaintiff,

v.

FCA US LLC, *et al.*,

Defendants.

Case No. 25-cv-13229
Honorable F. Kay Behm
Magistrate Judge Elizabeth A. Stafford

---

**ORDER DENYING AS MOOT THE PARTIES' CROSS-MOTIONS FOR
PROTECTIVE ORDER AND DEFENDANT'S MOTION TO QUASH
(ECF NOS. 121, 123, 131)**

---

Plaintiff Brandon Akrawi, proceeding pro se and in forma pauperis, brings this employment action against Defendants FCA US LLC (doing business as Stellantis US LLC).  ECF No. 85-1.  Akrawi's claims against two labor unions have been dismissed.  ECF No. 82; ECF No. 96; ECF No. 112.  The Honorable F. Kay Behm referred the case to the undersigned for all pretrial proceedings under 28 U.S.C. § 636(b)(1).  ECF No. 12.

FCA and Akrawi filed cross-motions for a protective order.  ECF No. 121; ECF No. 123.  The parties did not disagree that good cause justified entering a protective order, but they disagreed on terms.  The Court held a

status conference on June 11, 2026, and discussed the parties' disagreement.  The parties have since stipulated to a proposed protective order, which the Court has entered.  Their cross-motions for a protective order are thus **DENIED** as moot.

FCA also moves to quash Akrawi's second set of requests for admission and his third set of requests for production, both submitted on May 27, 2026.  ECF No. 131.  Akrawi retracted those discovery requests and submitted revised requests on June 15, 2026.  ECF No. 132; ECF No. 132-1.  Because the May 27 discovery requests are no longer at issue, the Court **DENIES** FCA's motion to quash as moot.  FCA has 30 days to respond to the June 15 discovery requests.  *See* Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A), 36(a)(3).  If FCA objects to the revised requests, it may file a new motion to quash.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 22, 2026

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The

2

district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 22, 2026.

<u>s/Caitlin Shrum</u>
CAITLIN SHRUM
Case Manager

3